# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Noe Paredes-Castelan,<br><br>    Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>    Respondents. | No. CV-25-04224-PHX-SMB (DMF)<br><br>**ORDER** |

Petitioner Noe Paredes-Castelan has filed, through counsel, a Petition for Writ of Habeas Corpus Under § 2241 (Doc. 1).  In his Petition, Petitioner names Department of Homeland Security (DHS) Secretary Kristi Noem; United States Attorney General Pamela Bondi; Florence Correctional Center Warden Luis Rosa, Jr.; and the Acting Phoenix Field Office Director of Immigration and Customs Enforcement (ICE) as Respondents.

Petitioner is a native and citizen of Mexico, who entered the United States in 2008 when he was 16 years old.  On November 4, 2025, Petitioner was taken into ICE custody and classified by ICE as an "applicant for admission" subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2).  Petitioner asserts that he is not an "applicant for admission," and that his detention is instead governed by 8 U.S.C. § 1226(a), which authorizes release on bond or conditional parole.  However, because Respondents have refused to grant him a bond hearing pursuant to § 1226(a), Petitioner asserts that his continued detention is in violation of statute, the Fifth Amendment, and the Administrative Procedures Act.  The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk of Court must issue any properly completed summonses.

(3) The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1), and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondent pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(4) The Clerk of Court must also immediately transmit by email a copy of this Order and a copy of the Petition (Doc. 1), to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at theo.nickerson2@usdoj.gov.

(5) Respondents must answer the petition within **twenty (20) days** of the date of service.

(6) Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

Dated this 3rd day of December, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge