# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Noe Paredes-Castelan,<br><br>  Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>  Respondents. | No. CV-25-04224-PHX-SMB (DMF)<br><br>**ORDER** |

Petitioner filed this action challenging his immigration detention. A district court in the Central District of California recently certified a class that includes Petitioner. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403, at *1 (C.D. Cal. Nov. 25, 2025). On December 18, 2025, the *Bautista* court entered judgment under Rule 54(b) declaring "the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a) and are not subject to mandatory detention under § 1225(b)(2)" and vacating "the Department of Homeland Security policy described in the July 8, 2025, 'Interim Guidance Regarding Detention Authority for Applicants for Admission' under the Administrative Procedure Act as not in accordance with law. 5 U.S.C. § 706(2)(A)." *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, Document 94 (C.D. Cal. Dec. 18, 2025). Pursuant to that judgment, "Respondents acknowledge that Petitioner's claim in this action as to his entitlement to a bond hearing appears to be subject to the *Bautista* judgment and to any applicable appellate proceedings relating to it." (Doc. 11.)

Accordingly, Petitioner is entitled to be released from custody or provided a bond

redetermination hearing within ten days.[1]

**IT IS ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.
2. Respondents must provide Petitioner a bond redetermination hearing within **ten days** or release him from custody under the same conditions that existed before him detention.
3. Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing.
4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 31st day of December, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge

---

[1] Because the immigration court will be closed January 1, 2026, the Court will extend the time within which Respondents must provide a bond hearing.